

# ORANGE COUNTY DEPARTMENT OF LAW

**RICHARD B. GOLDEN**
COUNTY ATTORNEY

**Steven M. Neuhaus**
County Executive

**Carol C. Pierce**
*Deputy County Attorney*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2025__

**MEMO ENDORSED**

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Joseph F. Mahoney    Holly L. Reinhardt
Marina V. O'Neill    Donna M. Badura
Lisa M. James        Stephanie T. Midler
Lia E. Fierro        Lisa M. Morgillo
Cedric A. Cooper     William S. Badura
Dante D. De Leo

**Family Law Division**

TEL: 845-291-2650
FAX: 845-360-9161*

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
Peter R. Schwarz         David S. Meffert
Linda P. DaSilva         Stephanie Bazile
Ferol L. Reed-McDermott  Michael Rabiet
Karen A. Amundson        Tammy A. Delile
Eve I. Lincoln           Rebecca McGee
Stephen Toole

April 2, 2025

Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

In light of the stipulation of voluntary dismissal, the briefing schedule is adjourned *sine die*. The Clerk of Court is kindly directed to terminate the motion at ECF No. 32.
Dated: April 3, 2025
         White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re:   Hollo (v) City of Newburgh, Orange County
      Case No.: 24-cv-6564 (NSR)

Dear Judge Román:

This office represents Defendant Orange County in this matter. Pursuant to the Court's directive of January 6, 2025, this office served its Motion to Dismiss on February 18, 2025. The aforementioned directive would require the County to finalize filing its Motion today. However, the parties have filed a Stipulation of Voluntary Dismissal, which is currently under review by the Court. Given this procedural posture, no purpose would be served by finalizing the filing of the County's Motion. Accordingly, I respectfully request an indefinite enlargement of time to finalize filing the Motion, in contemplation that the current or a similar document with the same substance will resolve this action.

Respectfully submitted,

Matthew J. Nothnagle
Chief Assistant County Attorney

Orange County Government Center
255-275 Main Street, Goshen, NY 10924

*Service of Process by FAX is not accepted*

MJN/

CC: Daniel McEnroe, Esq.
      Michael K. Burke, Esq.